**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA ALVAREZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, DOES 1 through 10, inclusive,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　/ | No. C 07-00974 WHA<br><br>**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

　　　Good cause not shown, the Court **DENIES** the parties' stipulation to continue the case management conference for sixty days.

　　　**IT IS SO ORDERED.**

Dated: April 25, 2007.

　　　　　　　　　　　　　　　　　　　/s/ William Alsup
　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE