Mark B. Freschi (SBN 114018)
1800 Hamilton Avenue, Suite 240
San Jose, California 95125
Telephone: (408) 275-9740
Facsimile:   (408) 275-9742
markfreschi@yahoo.com

Attorneys for Plaintiff

Horace W. Green (SBN 115699)
GREEN & HUMBERT
220 Montgomery Street, Suite 438
San Francisco, California  94104
Telephone: (415) 837-5433
Facsimile:   (415) 837-0127
horaceg@lifehealthlaw.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA ALVAREZ, | Case No. C 07-0974 WHA |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| vs. | |
| UNUM LIFE INSURANCE COMPANY OR AMERICA, PRIMED MANAGEMENT CONSULTING SERVICES, INC. LONG TERM DISABILITY PLAN, | |
| Defendants. | |

Plaintiff TINA ALVAREZ and Defendant PRIMED MANAGEMENT CONSULTING SERVICES, INC. LONG TERM DISABILITY PLAN, by and through their respective counsel of record, hereby stipulate that this matter be dismissed in its entirety, with prejudice, each party to bear its own costs of suit and attorney's fees.

Stipulation and Order of Dismissal - Case No. C 07-0974 WHA

| | | |
|---|---|---|
| DATED: November 15, 2007 | | LAW OFFICES OF MARK B. FRESCHI |
| | | By: /s/ Mark B. Freschi |
| | |     MARK B. FRESCHI |
| | | Attorneys for Plaintiff |
| | | TINA ALVAREZ |
| DATED: November 15, 2007 | | GREEN & HUMBERT |
| | | By: /s/ Horace W. Green |
| | |     HORACE W. GREEN |
| | | Attorneys for Defendant |
| | | PRIMED MANAGEMENT CONSULTING SERVICES, INC. LONG TERM DISABILITY PLAN |

**ORDER**

IT IS SO ORDERED.

DATED: November 20, 2007.

_____
WILLIAM H. ALSUP
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" — Judge William Alsup]*